**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Tracy Lomond JACKSON,**
**Defendant–Appellant.**

**No. 10–30154**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Carol Mignonne Griffing, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq, Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Tracy Lomond Jackson, Shreveport, LA, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Tracy Lomond Jackson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jackson has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.